```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 27809
   SHIRLEY WRIGHT
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6542


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 07/27/2004 and was confirmed 10/07/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was paid in full 12/30/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
-----------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED           8100.00         753.78         8100.00
DRIVE FINANCIAL SERVICES  UNSECURED         4779.13            .00          477.91
ARROW FINANCIAL SERVICES  UNSECURED        NOT FILED           .00             .00
BONDED COLLECTION CORP    UNSECURED        NOT FILED           .00             .00
CB USA                    UNSECURED          335.72            .00           33.57
ECONOMY INTERIORS         NOTICE ONLY      NOT FILED           .00             .00
EMERGE MASTERCARD         UNSECURED          975.30            .00           97.53
ROUNDUP FUNDING LLC       UNSECURED          956.40            .00           95.64
LTD FINANCIAL SERVICES L  UNSECURED        NOT FILED           .00             .00
LTD FINANCIAL SERVICES    NOTICE ONLY      NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY      NOT FILED           .00             .00
ORCHARD BANK              UNSECURED        NOT FILED           .00             .00
ORCHARD BANK              NOTICE ONLY      NOT FILED           .00             .00
PROVIDIAN                 UNSECURED        NOT FILED           .00             .00
PROVIDIAN                 NOTICE ONLY      NOT FILED           .00             .00
PROVIDIAN                 NOTICE ONLY      NOT FILED           .00             .00
SIMM ASSOCIATES INC       UNSECURED        NOT FILED           .00             .00
SIMM ASSOCIATES           NOTICE ONLY      NOT FILED           .00             .00
ROUNDUP FUNDING LLC       UNSECURED         1286.64            .00          128.66
CAPITAL ONE BANK          UNSECURED         1195.03            .00          119.50
CITY OF CHICAGO PARKING   FILED LATE        1410.00            .00          141.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY        905.20                         905.20
TOM VAUGHN                TRUSTEE                                           686.77
DEBTOR REFUND             REFUND                                            160.44

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                11,700.00


                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 27809 SHIRLEY WRIGHT
```

```
PRIORITY                                                                .00
SECURED                                                            8,100.00
    INTEREST                                                         753.78
UNSECURED                                                          1,093.81
ADMINISTRATIVE                                                       905.20
TRUSTEE COMPENSATION                                                 686.77
DEBTOR REFUND                                                        160.44
                                   ---------------      ---------------
TOTALS                                   11,700.00            11,700.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 27809 SHIRLEY WRIGHT